UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-cr-1508-CAB |
| Plaintiff, | ORDER ON MOTION TO APPEAR TELEPHONIC |
| v. | |
| TORANCE HATCH, | |
| Defendant. | |

IT IS HEREBY ORDERED the motion to appear telephonic is granted.  Mr. Hatch may appear telephonically for the Status Hearing on December 20, 2024, at 10:30 AM.

**IT IS SO ORDERED**.

Dated:  12/17/2024          _____

HONORABLE CATHY A. BENCIVENGO

UNITED STATES DISTRICT JUDGE